

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-19-00119-CV

**INFINITY COUNTY MUTUAL INSURANCE COMPANY,**
Appellant

v.

Michael **TATSCH,**
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12977
Honorable N. Keith Williams, Judge Presiding

# O R D E R

After this court issued its opinion in this appeal, Appellee filed a motion for rehearing and this court requested a response by August 10, 2020. *See* TEX. R. APP. P. 49.2.

Before the due date, Appellant filed an unopposed motion for a seven-day extension of time to file a response.

Appellant's motion is GRANTED. Appellant's response is due on August 17, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court